UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Amy Akram v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11721-DRH |
| *Esraa Almaeina v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12169-DRH |
| *Haidee Alvarez v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12659-DRH |
| *Jamie Amos v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12347-DRH |
| *Tyra Anderson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11018-DRH |
| *Kimberly Ball v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12762-DRH |
| *Jessica Banner v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11868-DRH |
| *Krystin Barber v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11258-DRH |
| *Jonte Barker v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12662-DRH |
| *Leah Batman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11254-DRH |
| *Brittany Berryhill v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12476-DRH |
| *Cassaundra Watts et al v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11253-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 4, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        BY: /s/*Caitlin Fischer*
        **Deputy Clerk**

Date: November 4, 2014

Digitally signed by David R. Herndon
Date: 2014.11.04 14:26:07 -06'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT